UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case No. 98-CR-90014

RODNEY MORROW,

        Defendant.
_____/

### ORDER DENYING MOTION FOR BOND PENDING APPEAL

Defendant seeks bond pending appeal of his third supervised release conviction and sentence. The government opposes the motion. The gist of defendant's motion is his claim that a 12 month sentence under all the circumstances was overly harsh, especially in light of the policy advisory range of 4-10 months. In fact, defendant has repeatedly been given substantially reduced sentences at every opportunity in this case, including an initial departure from an eight year range to 36 months. He has repeatedly violated his conditions of supervised release and, in the court's opinion, he requires 12 months confinement as ordered if he is to have any chance of resolving his continuing substance abuse. Accordingly, the defendant's motion fails to raise a substantial question of law or fact and is hereby DENIED.

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

Dated: May 23, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 23, 2006, by electronic and/or ordinary mail.

                                              S/Josephine Chaffee
                                              Secretary/Deputy Clerk